UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07016-SPG-PD Date: October 13, 2026

Title *Juan Hernandez v. Robert Luna*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Why Case Should Not Be Dismissed**

On June 25, 2026, Juan Hernandez ("Plaintiff"), proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983 against Defendant Robert Luna for violations of his civil rights as a victim of gender and disability discrimination. Dkt. No. 1 at 3, 5-6, 14. [1] Plaintiff seeks monetary damages. *Id.* at 14.

On July 29, 2026, the Court issued a screening order dismissing the Complaint with leave to amend for failure to comply with Federal Rule of Civil Procedure 8 and failure to state claims under 42 U.S.C. § 1983. Dkt. No. 6. The Order granted Plaintiff leave to file a First Amended Complaint by August 28, 2026. *Id.*

On July 29, 2026, Plaintiff filed a notice of change of address. Dkt. No. 8.

[1] The Court uses the page numbers inserted on the pleadings by the electronic docketing system.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07016-SPG-PD Date: October 13, 2026

Title *Juan Hernandez v. Robert Luna*

On August 17, 2026, Defendant filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) or in the Alternative, to Strike Portions of the Prayer for Relief pursuant to Federal Rule of Civil Procedure 12(f). Dkt. No. 9.

On August 18, 2026, the Court issued a minute order denying Defendant's Motion to Dismiss as moot and directing the court clerk to send Plaintiff a copy of the Court's Order Dismissing Complaint with Leave to Amend at Plaintiff's new address. Dkt. No. 12. The Court granted Plaintiff an extension of time to file a First Amended Complaint by September 15, 2026. *Id.*

On August 19, 2026, the Court's July 29, 2026 screening order dismissing the Complaint with leave to amend was returned with a notation, "Return to Sender Inmate Discharged/Inactive." Dkt. No. 13-1.

The September 15, 2026 deadline for filing Plaintiff's First Amended Complaint has passed, and Plaintiff has neither filed his First Amended Complaint nor communicated with the Court about his case since July 29, 2026. Dkt. No. 8.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's July 29 and August 18, 2026 Orders.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before October 30, 2026**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07016-SPG-PD Date: October 13, 2026

Title *Juan Hernandez v. Robert Luna*

(1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's July 29 and August 18, 2026 Orders; or

(2) a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A). The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.

**Plaintiff is advised that his failure to timely comply with this order may result in the dismissal of the case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

Attachment: Notice of Dismissal, Form CV-09